UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND

John J. Buckshaw Agency,

Plaintiff,

Vs.

Global Safety and Security,

Defendants.

Civil Action

Case No. _____

17 CV 3332

## COMPLAINT

The plaintiff seeks damages to compensate for unfair methods of competition in the amount of ten thousand dollars ($10,000) per day done by wrongful detention from the Ritz Carlton hotel and Equinox, 22nd and M Street, NW, Washington, DC 20037 under duress and threats and an anti competitive barring notice from the hotel and fitness center which was issued on May 22, 2017 requiring injunctive relief to quash said notice and to restrain the defendants from contacting the plaintiff during his unimpaired access and use of the hotel and fitness center and to enable a direct billing and master account for room reservations and Equinox membership dues payments

Filed by the Plaintiff, pro-se:

John J. Buckshaw, President
J. J. Buckshaw & Associates
P.O. Box 18704
Washington, DC 20036
Tel. 202.333.4300
Fax. 202.876.2997
www.mwc.20fr.com
mwc.20fr@aol.com

## ALLEGATION OF JURISDICTION

The jurisdiction of this court is founded upon **5 U.S.C.A Section 552** Public records, opinions, orders...exemption from disclosure of information in the nature of trade and commerce...**28 U.S.C.A. Section 1331** Federal questions...**28 U.S.C.A. Section 1334** Civil rights elective franchise...**28 U.S.C.A. Section 1337** Trade and commerce...**28 U.S.C.A. Section 1654** Self representation... **28 U.S.C.A. Section 2201** Creation of a remedy...**15 U.S.C.A. Section 1-7** Monopolizing trade a felony...done by deprivation of rights, abuse of process, vexatious litigation, tortuous interference with business, contracts and prospective economic gain...over several states done in combination with conduct done contrary to the following **15 U.S.C.A. Section 13** Discrimination or segregation in price, service and selection of customers...**15 U.S.C.A. Section 15** Persons injured in business...**15 U.S.C.A. Section 26** Injunctive relief for private parties...**15 U.S.C.A. Section 1125** False descriptions...concerning trade name, commercial activities and associations...**42 U.S.C.A. Section 1981** Equal rights... **42 U.S.C.A. Section 1985** Conspiracy against civil rights...over several states... **42 U.S.C.A. Section 2000a-3** Civil action for injunctive relief...from conduct done contrary to **Section 2000a-2000a-2** Prohibition against discrimination or segregation in places of public accommodation...because of the plaintiff's doing his own work in litigation and business in public places with a luggage cart, business and spa cases for a presumed reward to help the other parties in said business and litigation done by jostling, false statements and notices to bar and against trespassing, abuse of process with false statements of threats and harassment, false imprisonment and  lawyer malpractice. Jurisdiction is founded upon the Constitution of the United States as follows **U.S.C.A. Const. Amend. I**...freedom of speech and assembly...**U.S.C.A. Const. Amend. IV**...rights to privacy....**U.S.C.A. Const. Amend. V**...rights to due process of law...**U.S.C.A. Const. Amend. VIII**...rights against cruel and unusual punishments...**U.S.C.A. Const. Amend. XIII**...rights to status quo of a business executive and against involuntary servitude...**U.S.C.A. Const. Amend. XIV**...rights against loss of liberty without due process of law...

COUNT ONE

**JOHN J. BUCKSHAW AGENCY,**

**Plaintiff,**

Vs.

**GLOBAL SAFETY AND SECURITY,**

**Defendant.**

**TORTIOUS INTERFERENCE WITH BUSINESS, CONTRACTS AND
PROSPECTIVE ECONOMIC GAIN- RESTAINT OF TRADE**

1. The plaintiff, John J. Buckshaw Agency, a corporation de facto, for the purpose of advertising specialties, novelties and souvenirs, sales promotions and general advertising sales, Fed. E.I.N. 25-1438920, and is transient in business and litigation over several states and receives United States mail at P.O. Box 18704, Washington, DC 20036 (202) 621-3992 suas.20fr@aol.com www.suas.20fr.com.

2. The defendant is a security company located at 10400 Fernwood Rd, Bethesda, MD 20817 (301) 380-3000.

3. On or about April 15 through May 26, 2017 the plaintiff had entered into having entered into contract agreements for hotel room reservations, fitness center and swimming pool membership and actually obtained a lawful Equinox Fitness Center Membership Number: 3760294 activated on April 30, 2017 and Ritz Carlton Hotel, Reservations, 1150 23rd Street, NW, Washington, DC 20037 in April and on May 26-27, 2017, $456.00, Reservation Number: 88878469.

4. The plaintiff claims damages and consideration as a result of tortuous interference with business and contracts for the hotel room and wrongful cancellation of a reservation under duress of imprisonment in the amount of one hundred thousand dollars ($100,000.00) and claims damages in the amount of twenty five thousand dollars ($25,000.00) against Global Safety and Security for damages done by security officers as a result of interference with the hotel room reservations and fitness center and pool membership done by the designated agents, representatives, employees and servants at the Ritz Carlton Hotel as follows: (I) that the defendants are acting under local anti competitive influence and scheme done by vexatious inaccurate observations and false reports in bad faith, (II) failure of the bank to make disposition of funds and to accept collateral which wrongfully caused two cancellations of room reservations in April and May, 2017…(III) willful misplacement and disorientation with the security officers and barring notice from the Ritz Carlton Hotel and Equinox fitness center with fraudulent and deceptive misrepresentations of harassment, stalking and unlawful entry on May 22, 2017 because of the plaintiff being an individual in business with a mobile office and does his own work in public places (libraries, FedEx Office and restaurants).

5. The plaintiff seeks that the barring notice be vacated, null, void and quashed with prejudice to enable: (1) the unimpaired access and use of the Ritz Carlton hotel 24 hour public areas, tables, internet access and use of a personal laptop computer in business and litigation, (2) the reinstatement of the hotel room reservations for five nights- one person, (3) the unimpaired use of the table areas of the Equinox with internet access for business and litigation and fitness center and pool membership, (4) the restraint of the security

officers at the hotel from contacting the plaintiff, (5) the Ritz Carlton Hotel to agree to release of the damages for consideration to secure a direct billing master account, (6) the Equinox fitness center to accept an assignment of part of the claim which is pending against Global Safety and Security which is covered by the required twenty five thousand five dollars bond ($25,000) for payment of one year of membership dues, two thousand one hundred sixty dollars ($2,160.00), and (7) the bank open a deposit business checking account and accept an assignment of part of the required $25,000 bond and amount of the claim pending against Global Safety and Security and the District of Columbia and accept a certificate of deposit of twenty one thousand dollars ($21,000.00).

**WHEREFORE**, the plaintiff requests that the court grant the foregoing and enter orders to vacate, nullify and void the barring notice from the hotel, fitness center and pool and enter orders to restrain the defendants from contacting the District of Columbia and to stay unlawful entry proceedings and that the Ritz Carlton Hotel and Equinox fitness center accept the accompanying agreements for a hotel direct billing account master account and prepayment of the membership dues for all locations and entered judgment against the defendants for monetary damages in the amount of one million five hundred thousand dollars.

Dated: November 8, 2017

John J. Buckshaw, pro-se

— Page 5 of 5—